PROB 12B
(7/93)

Report Date: November 2, 2007

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 05 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Deborah Stephanie Longo             Case Number: 2:97CR00024-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley

Date of Original Sentence: 10/17/1997                 Type of Supervision: Supervised Release

Original Offense: Conspiracy to Possess with Intent to Distribute and Distribute Methamphetamine, Amphetamine, and Cocaine, 21 U.S.C. § 846; Distribution of Methaphetamine, 21 U.S.C. § 841(a)(1); Distribution of Methamphetamine, 21 U.S.C. § 841(a)(1); Possession of Unregistered Firearm, 26 U.S.C. § 5861; Count 2, Distribution of Cocaine, 21 U.S.C. § 841(a)(1)

Date Supervision Commenced: 12/5/2003

Original Sentence: Prison - 87 Months; TSR - 60 Months

Date Supervision Expires: 12/4/2008

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

17    You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

## CAUSE

On September 30, 2007, Ms. Longo was cited for Driving Under The Influence (DUI), in violation of RCW 46.61.502, by Spokane Police Department. Ms. Longo made her first Court appearance on the above violation on October 1, 2007. At which time, the Court directed her to not operate a motor vehicle while under the influence and to report immediately to Second Watch Monitoring Center to be placed on a SCRAM unit. This device is attached to Ms. Longo's ankle and detects any alcohol Ms. Longo may consume. In addition, Ms. Longo has begun substance abuse treatment, which she had completed in the past. All of the above sanctions imposed by the District Court are at Ms. Longos own expense.

The undersigned officer believes the above sanctions imposed by the District Court are sufficient to mitigate Ms. Longo's risk to herself as well as the community. However, Ms. Longo does not have a prohibition for alcohol consumption in her conditions of supervised release. Modifying Ms. Longo's conditions to prohibit alcohol consumption would assist in supervision efforts to confirm she remain sober and not at risk for future alcohol

Prob 12B
Re:  Longo, Deborah Stephanie
November 2, 2007
Page 2

violations.  The probation office would respectfully recommend Ms. Longo's conditions of supervised release be modified to include a prohibition against alcohol use.  Ms. Longo has been advised the Court would be notified and is in agreement with the requested modification.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/2/07

Samuel Najera
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[V] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

November 5, 2007
Date